BRAD D. KRASNOFF, State Bar No. 125065
krasnoff@lbbslaw.com
SCOTT LEE, State Bar No. 204564
slee@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff JOHN J. MENCHACA,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-13402-ER |
| MARIETA BOODAGHIANS and ONNICK BOODAGHIANS, | Adv. No.: 2:09-ap-02743-ER |
| Debtors. | Chapter 7 |
| JOHN J. MENCHACA, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Marieta Boodaghians and Onnick Boodaghians, | **STIPULATION TO DISMISS ADVERSARY PROCEEDING NO. 2:09-ap-02743-ER AND TO VACATE ALL PERTINENT DATES**<br><br>[Order to be Electronically Lodged Separately] |
| Plaintiff, | |
| v. | Status Conference:<br>Date: February 3, 2011<br>Time: 10:00 a.m.<br>Ctrm: 1568 |
| NAJDEH MIRZABEIGI, an individual, | |
| Defendant. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-9743-2840.1

-1-

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEFENDANT AND/OR HIS COUNSEL OF RECORD:

Plaintiff JOHN J. MENCHACA, not individually but solely in his capacity as Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate of MARIETA BOODAGHIANS and ONNICK BOODAGHIANS (collectively, "Debtors"), by and through his counsel of record, Scott Lee of Lewis Brisbois Bisgaard & Smith LLP, and Defendant NAJDEH MIRZABEIGI, an individual ("Defendant"), by and through his counsel of record, Sharon Z. Weiss of Holme Roberts & Owen LLP, hereby stipulate and agree as follows:

1. On August 23, 2010, the Court entered its order approving the Settlement Agreement between the parties, and the Defendant tendered the entire agreed upon settlement amount to the Plaintiff;

2. The within adversary proceeding entitled, <u>JOHN J. MENCHACA, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Marieta Boodaghians and Onnick Boodaghians v. NAJDEH MIRZABEIGI, an individual</u>, (Adv. No. 2:09-ap-02743-ER) ("Adversary Proceeding"), should be dismissed with prejudice as the parties have fully resolved their dispute; and

3. The Status Conference currently scheduled for February 3, 2011, at 10:00 a.m., and other pertinent dates concerning this Adversary Proceeding, if any, should be

1 | vacated.

4 | DATED: __1/6__, 2011    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
BRAD D. KRASNOFF
SCOTT LEE
Attorneys for Plaintiff JOHN J.
MENCHACA, Chapter 7 Trustee

11 | DATED: __Jan 6,__, 2011    HOLME ROBERTS & OWEN LLP

By: _____
SHARON Z. WEISS
Attorneys for Defendant NAJDEH
MIRZABEIGI

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-9743-2840.1                    -3-

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 221 North Figueroa Street, 12th Floor, Los Angeles, California 90012-2601

A true and correct copy of the foregoing document described as **STIPULATION TO DISMISS ADVERSARY PROCEEDING NO. 2:09-ap-02743-ER AND TO VACATE ALL PERTINENT DATES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 6, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John J. Menchaca, Chapter 7 Trustee: ca87@ecfcbis.com; igaeta@menchacacpa.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Sharon Z. Weiss: sharon.weiss@hro.com

[ ] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On January 6, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ X ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 6, 2011 | Marion Diamond | /s/ M. Diamond |
|---|---|---|
| Date | Type Name | Signature |



4817-9743-2840.1

-4-

## SERVICE LIST

**BY U.S. MAIL**

**THE HONORABLE ERNEST M. ROBLES**
U.S. Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

4817-9743-2840.1

-5-